IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:20-CV-00085-BO

| | | |
|---|---|---|
| EAFNC, LLC, | ) | |
| Plaintiff | ) | ORDER GRANTING JOINT |
| | ) | MOTION TO DISSOLVE |
| v. | ) | PRELIMINARY INJUNCTION, |
| | ) | TO RELEASE BOND, and |
| EQUILON ENTERPRISES, LLC, | ) | TO DISMISS |
| Defendant | ) | |

It appears to the Court from a Joint Motion filed on behalf of the parties to this civil action that all things and matters in controversy between the parties that were the subject of the civil action have been resolved and that the parties have requested that the Court enter an order providing the relief set forth in this order. Based on such Joint Motion and for good cause shown, the Court enters this order granting the relief requested by the parties.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that:

1. The Preliminary Injunction entered on June 1, 2020 [DE 28] is dissolved.

2. The Bond posted by Plaintiff in connection with the Preliminary Injunction [DE 29] is released.

3. This civil action is dismissed, with prejudice.

4. Each party shall bear the attorney's fees and expenses incurred by it in connection with this civil action

SO ORDERED, this the _4_ day of March, 2021.

Terrence W. Boyle
United States District Judge